Louis J. Saltzman, Respondent, v. Ray Saltzman, Appellant.— The decision of this court, ■ handed down on February 7, 1930, is hereby amended to read as follows: Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

Caroline R. Strong and Others, etc., Appellants, Respondents, v. The Trustees of the Freeholders and Commonalty of the Town of Brookhaven in Suffolk County, New York, Respondents, Appellants.— Motion to resettle order denied; appeal to be perfected and brought on for argument at the May term. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

Alex Thompson, Respondent, v. Orange and Rockland Electric Company, Appellant. (Action No. 1.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

Alex Thompson, Respondent, v. Orange and Rockland Electric Company, Appellant. (Action No. 2.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. The question to be certified is: Under subdivision 5 of rule 107, Rules of Civil Practice, should defendant's motion to dismiss the complaint have been granted? Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

Michael Berger, Doing Business under the Firm Name and Style of Berger Realty Company, Appellant, v. Joseph P. Day and Joseph P. Day, Inc., Respondents.— Order, in so far as appealed from, reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs; examination to proceed on five days' notice at same place and hour. The examination sought refers to matters which plaintiff will be obliged to prove upon the trial. Even if plaintiff has knowledge of these matters, it is no reason for refusing examination. (McGrath v. Blumenthal, 220 App. Div. 781; Shul Tan Realty Corporation v. Coney Island Estates, Inc., 223 id. 772.) Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

Frank J. Chardavoyne, as Dictator of Middletown Lodge No. 339, Loyal Order of Moose, Appellant, v. Rosslyn M. Cox, Defendant, and George E. Bradnack, Respondent.— Order directing plaintiff to bring in additional parties defendant and to issue and serve a supplemental amended summons and complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

Paul Frank and Clara Frank, Respondents, v. Glickstein & Terner, Inc., Appellant, and John Froehlich, Defendant.— Order and amended judgment of the County Court of Nassau county reversed upon the law, with ten dollars costs and disbursements, and motion to amend denied, with ten dollars costs, but without prejudice to appropriate remedy. The court had no jurisdiction to correct, by amendment, an error in substance affecting the judgment. (Herpe v. Herpe, 225 N. Y. 323.) Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

Thomas O'Rourke Gallagher, Respondent, v. Harry E. Shirk, Appellant.— Appeal discontinued upon stipulation of counsel. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

Theodore B. Hennenlotter, as Trustee in Bankruptcy of Henry Greene